**BROOKS ERECTION & CONSTRUCTION COMPANY, Plaintiff-Respondent,**

v.

**SLAY BULK TERMINALS, INC., Defendant-Appellant.**

**No. 44812.**

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 30, 1983.

Thomas R. McGinn, St. Louis, for defendant-appellant.

Richard J. Pautler, Arthur L. Smith, Peper, Martin, Jenson, Maichel & Hetlage, St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM:

This is an appeal from an order denying appellants' motion to set aside a default judgment.

The judgment of the trial court is affirmed. Rule 84.16(b) V.A.M.R.